# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY T. STRINGHAM, | No. CIV S-08-1064-JAM-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| M. KNOWLES, et al., | |
| Respondents. | |
| _____/ | |

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondents' motion for an extension of time (Doc. 7), filed on August 28, 2008.

    On July 2, 2008, the court ordered respondents to file a response to the petition for a writ of habeas corpus within 60 days. Respondents now seeks an extension of that deadline. Good cause appearing therefor, the request will be granted. Failure to comply with this order may result in the imposition of appropriate sanctions. See Local Rule 11-110.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  Respondents' motion for an extension of time (Doc. 7) is granted; and

///

1    2.    Respondents shall file a response to the petition within 60 days of the date of service of this order.

DATED: September 4, 2008

    /s/ Craig M. Kellison
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE